An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT B. KAY,
Appellant,
vs.
FLORINE RADULOVIC-KAY,
Respondent.

No. 63251

**FILED**

AUG 25 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

On May 22, 2014, this court placed this appeal in the pilot program for proper person civil appeals and gave appellant 40 days to file and serve his civil proper person appeal statement. Appellant's civil proper person appeal statement was due in this court by July 1, 2014. To date, appellant has failed to file his civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, C.J.

cc:     Hon. Cynthia N. Giuliani, District Judge
        Paul H. Schofield, Settlement Judge
        Robert B. Kay
        Florine Radulovic-Kay
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-27939